IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DADYBURJOR, KAZID | ) CASE NO. 07-41602-R |
| | ) CHAPTER 7 |
| | ) |
| DEBTORS | ) |

## NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT

The undersigned Trustee of the above styled estate states as follows for her Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That she is the duly qualified and acting trustee in this case.

2. That she filed a Final Report that was approved by this Court. Final distributions were made on March 21, 2011.

3. The following check(s) was returned to trustee as "Not Deliverable".

| Ck No. | Claimant | Claim # | Amount |
|---|---|---|---|
| 1008 | BMW of North America | 8 | $ 150.19 |
| 1018 | SED International, Inc. | 21 | 1,996.07 |

These unclaimed funds should be paid into the unclaimed registry of this court.

    4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C., and FRBP 3011, a check is being tendered to the Clerk of the U. S. Bankruptcy Court in the amount of $2,146.26.

Dated: April 14, 2011

/s/ Linda S. Payne
Linda S. Payne
12770 Coit Road, Suite 541
Dallas, TX 75251
972.628.3695

## CERTIFICATE OF SERVICE

I, Linda S. Payne, certify that a true and correct copy of the foregoing Notice to Deposit Funds into the Unclaimed Registry of the United States Bankruptcy Court was sent by Email this 14th day of April, 2011 to the U. S. Trustee.

/s/ Linda S. Payne